# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

## CORRECTED ACTION

STATE OF LOUISIANA

NO. 2019 KW 0860

VERSUS

JUAN SICA

**SEP 17 2019**

---

In Re:   Juan Sica, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 03-19-0311.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT GRANTED IN PART, DENIED IN PART.** The instant writ is granted and remanded to the trial court to address relator's claim the State did not establish it followed the technical procedures mandated by La. R.S. ~~32:611~~ 32:661. In all other respects, this writ is denied.

**VGW**
**JMG**

   **Crain, J.,** dissents in part and concurs in part.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUAN SICA

NO. 2019 KW 0860

**SEP 17 2019**

---

In Re:   Juan Sica, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 03-19-0311.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT GRANTED IN PART, DENIED IN PART.** The instant writ is granted and remanded to the trial court to address relator's claim the State did not establish it followed the technical procedures mandated by La. R.S. 32:611. In all other respects, this writ is denied.

**VGW**
**JMG**

**Crain, J.,** dissents in part and concurs in part.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT